**Order filed, February 15, 2018.**



In The

# Court of Appeals
### For The
# First District of Texas
_____

## NO. 01-18-00083-CV

**ETHAN BRUSHINGHAM, Appellant**

**V.**

**AMANDA BRUSHINGHAM, Appellee**

---

### On Appeal from the 300th District Court
### Brazoria County, Texas
### Trial Court Case 94952-F

---

### ORDER

The reporter's record in this case was due February 9, 2018. *See* Tex. R. App. P. 35.1. The court has not received a request to extend time for filing the record. The record has not been filed with the court. Because the reporter's record has not been filed timely, we issue the following order.

We order, the official (or substitute) court reporter, to file the record in this appeal, if any, **within 10 days of** the date of this order.

PER CURIAM